**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-2225**

―――――――――

RASHAD C. RANZY,

Plaintiff - Appellant,

v.

JAMES SCOTT FARRIN, President and CEO,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:25-cv-00527-CCE-JLW)

―――――――――

Submitted:  May 21, 2026                     Decided:  May 26, 2026

―――――――――

Before AGEE and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Rashad Ranzy, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashad C. Ranzy appeals the district court's order adopting the magistrate judge's recommendation to dismiss, on 28 U.S.C. § 1915 review, Ranzy's complaint alleging that Defendant violated his rights under the American with Disabilities Act, 42 U.S.C. § 12182(a).[*]  We have reviewed the record and find no reversible error.  *See, e.g.*, *Francis v. Giacomelli*, 588 F.3d 186, 193 (4th Cir. 2009) ("[N]aked assertions of wrongdoing necessitate some factual enhancement within the complaint to cross the line between possibility and plausibility of entitlement to relief."  (internal quotation marks omitted)).  Accordingly, we affirm the district court's order.  *Ranzy v. Farrin*, No. 1:25-cv-00527-CCE-JLW (M.D.N.C. Sep. 16, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Ranzy has filed a motion to correct clerical errors in his informal opening brief, which we grant.